USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JASON MASON,

        Plaintiff,       **19-CV-5450 (VSB)**

   -against-       <u>**ORDER SCHEDULING TELEPHONIC**
**SETTLEMENT CONFERENCE**</u>

CITY OF NEW YORK, et al.,

        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

  This case has been referred to me for settlement purposes (docket no. 57). A telephonic Settlement Conference in this matter will be held on **<u>Thursday, December 10, 2020 at 11:00 a.m.</u>** It is hereby ordered that the Warden of other official in charge of the Otis Bantum Correctional Facility produce **Plaintiff Jason Mason, B&C No. 3492001086/NYSID #01768821Q** on **<u>December 10, 2020</u>** by no later than **11:00 a.m.,** to a suitable location within the OBCC that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.

  Counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. **<u>Please dial (866) 434-5269, Access code: 4858267</u>**.

  Defendants are instructed to complete the Settlement Conference Summary Report and prepare a pre-conference submission in accordance with the Judge Parker's Individual Rules of Practice. Plaintiff shall prepare a letter setting forth his position on settlement and mail this

letter to: The Honorable Katharine H. Parker, U.S.M.J., United States Courthouse, 500 Pearl Street, New York, New York 10007.  Pre-conference submissions must be <u>received</u> by the Court no later than **December 3, 2020 by 5:00 p.m.**

SO ORDERED.

DATED:	New York, New York
October 2, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is respectfully requested to mail copy of this Order to:**

Jason Mason
B&C 3492001086
NYSID #01768821Q
OBCC
1600 Hazen Street
East Elmhurst, NY 11370

Warden or Superintendent
Wende Correctional Facility
1600 Hazen Street
East Elmhurst, NY 11370