USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON MASON,

                                Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                              Defendants.
-----------------------------------------------------------------X

**19-CV-5450 (VSB)**

**ORDER RESCHEDULING
TELEPHONIC SETTLEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The telephonic settlement conference in this matter previously scheduled for Thursday, December 10, 2020 at 11:00 a.m. is hereby rescheduled for **Tuesday, January 26, 2021 at 2:00 p.m.** The parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. Pre-conference submissions must be received by the Court no later than **January 19, 2021 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
                December 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court is respectfully requested to**
**mail copy of this Order to:**

**Jason Hiram Mason**
**Holiday Inn Express LaGuardia**
**113-10 Horace Harding Expressway**
**Room 615**
**Queens, NY 11368**