**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/12/2021
```

--------------------------------------------------------------------X

JASON MASON,

                                     Plaintiff,                           **19-CV-5450 (VSB) (KHP)**

                     -against-                                         **ORDER**

CITY OF NEW YORK, et al.,

                                   Defendants.

--------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff Jason Mason's letter at ECF No. 64, dated January 5,

2011, in which Plaintiff informs the Court that he does not have a middle name, and that his

name as it appears on the docket—Jason Hiram Mason—is incorrect.  The Court has conducted

its own review of the record and does not see a middle name of Plaintiff, or the name "Hiram,"

anywhere other than as the Plaintiff's name on ECF.  **As such, the Clerk of Court is kindly**

**directed to edit Plaintiff's name on the electronic docket to "Jason Mason."**

        **The Clerk of Court is respectfully requested to mail a copy of this Order to:**

Jason Mason
Holiday Inn Express LaGuardia
113-10 Horace Harding Expressway
Room 615
Queens, NY 11368

        **SO ORDERED.**

DATED:       New York, New York
               January 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge