

**JAMES E. JOHNSON**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES R. MURRAY**
*Assistant Corporation Counsel*
Phone: (212) 356-2372
Fax: (212) 356-3509
jamurray@law.nyc.gov

May 27, 2021

**VIA ECF**
Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/28/2021

The Clerk's Office is directed to mail a copy of this endorsed letter to the pro se plaintiff.

Re:  <u>Jason Mason v. City of New York, CO Mayo, CO White, CO Holland, CO Ramirez,</u> 19-CV-5450 (VSB)

Your Honor:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Correction Officers White, Mayo, Ramirez, and Holland ("Defendants") in the above-referenced matter. Defendants write to respectfully request that the Court adjourn *sine die* the status conference currently scheduled for June 10, 2021 in this matter. This is Defendants' first request to adjourn the June 10, 2021 conference *sine die* and it is made without Plaintiff's consent, as Plaintiff is currently incarcerated and could not be expeditiously contacted.

By way of background, Plaintiff alleges that on April 18, 2018 at the George R. Vierno Center on Rikers Island, the Defendant officers handcuffed him, held him on the ground, and punched and kicked him without provocation. ECF No. 2. On October 1, 2020, Your Honor set the close of fact discovery to March 29, 2021, set the close of expert discovery for May 28, 2021, and scheduled a status conference for June 10, 2021 at 11:00 am. ECF No. 56. On November 29, 2020 Your Honor referred all general pretrial matters, including scheduling and discovery, to the Honorable Katharine H. Parker. ECF No. 61. On January 26, 2021, Magistrate Judge Parker conducted a settlement conference with the parties and scheduled a second settlement conference for March 4, 2021. ECF No. 67. On February 25, 2021, Defendants requested that the Court 1) adjourn the March 4, 2021 settlement conference in light of the fact that Plaintiff had been quarantined while in New York City Department of Corrections custody, 2) direct Plaintiff to update the Court when he had been released from quarantine, and 3) stay discovery until Plaintiff did so. ECF No. 69. Later that day, the Court granted Defendants' request. ECF Nos. 70-71. On April 5, 2021, a letter from Plaintiff was filed on the Docket stating that Plaintiff had been

1

removed from quarantine. ECF No. 74. By Order dated April 9, 2021, the Court rescheduled the March 4, 2021 settlement conference for June 22, 2021 at 2:00 pm. ECF No. 75.

Because the second settlement conference in this matter has been rescheduled to June 22, 2021—which is less than two weeks after the currently scheduled June 10, 2021 status conference—Defendants request that the Your Honor adjourn the June 10, 2021 status conference *sine die* and allow the parties to address any outstanding matters during the June 22, 2021 settlement conference. Doing so would promote judicial economy by saving the parties and the Court time. Additionally, it would likely be more efficient to address any outstanding matters during the settlement conference, when the parties will be more fully apprised of each other's settlement positions.

Accordingly, Defendants respectfully request that the Court adjourn *sine die* the status conference currently scheduled for June 10, 2021 in this matter.

Thank you for your consideration in this matter.

Respectfully submitted,

<u>James R. Murray s/</u>
James R. Murray
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 3-183
New York, New York 10007
(212) 356-2372
jamurray@law.nyc.gov

cc:     **BY FIRST CLASS MAIL**
Jason Mason
*Plaintiff Pro Se*
B&C No. 3492100448
George R. Vierno Center
09-09 Hazen St.
E. Elmhurst, NY 11370