```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASON MASON,

                          Plaintiff,                              **19-CV-5450 (VSB) (KHP)**

          -against-                                         **ORDER**

CITY OF NEW YORK, et al.,

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Following today's case management conference, the Court orders Defense counsel to submit a narrowly tailored medical release form that requests authorization to obtain Mr. Mason's medical records for treatment of his eye injury from 2018 to the present. Mr. Mason is ordered to sign the medical release and return it to Defense counsel. The purpose of the release is to allow the Defendant to obtain updated medical records pertaining to Mr. Mason's eye injury and information on Mason's treatment since 2018 and prognosis. Defense counsel will provide Mr. Mason with a self-addressed envelope and stamp. Mr. Mason's medical records are subject to confidentiality and may not disclose Mr. Mason's medical information to others except to the extent necessary for this specific case.

      Additionally, Defense counsel is ordered to notify the Court by August 11, 2021 whether Defendant will have an independent eye doctor examine Mr. Mason and, if so, when such examination will take place.

      **The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

      **SO ORDERED.**


DATED:   New York, New York
         July 28, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge