```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MASON,

              Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

              Defendant.

19-CV-5450 (VSB) (KHP)

ORDER

KATHARINE H. PARKER, United States Magistrate Judge:

      By letter dated, July 28, 2021, Plaintiff requests that the Court send Plaintiff subpoena forms to request documents from the Correction Health Services.  Plaintiff's request is denied. Plaintiff may request and is entitled to receive his own medical records from the health facility without issuance of a subpoena.

      Plaintiff's request to subpoena trial witnesses is denied without prejudice.  There has not been a trial date set yet in this case.  Plaintiff will be given ample time prior to the trial date to obtain trial witness subpoenas.

SO ORDERED.

Dated:   August 10, 2021
            New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge