```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MASON,<br><br>                  Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                  Defendant. | 19-CV-5450 (VSB) (KHP)<br><br>ORDER |

KATHARINE H. PARKER, United States Magistrate Judge:

    Defendants shall provide a response to the Plaintiff's letter at ECF #91 by August 27, 2021 and provide a copy of the release provided to Plaintiff with their response.

SO ORDERED.

Dated:   August 23, 2021
             New York, New York

                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge