**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JASON MASON,

                                     Plaintiff,                      **19-CV-5450 (VSB) (KHP)**

                    -against-                                        **ORDER**


CITY OF NEW YORK, et al.,

                                     Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

> The Court hereby orders a telephonic case management conference to be held in this matter for **Thursday, October 26, 2021 at 2:00 p.m**.  It is further ORDERED that the Warden or other official in charge of G.R.V.C. produce plaintiff **Jason Mason, Inmate ID# 349-2100448, on October 26, 2021, no later than 2:00 p.m.,** to a suitable location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.  Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact G.R.V.C. to arrange the call and determine the telephone number at which the Plaintiff will be reachable at the above time and date; and (3) Call into Judge Parker's AT&T Conference Line at (866) 434-5269, Access code: 4858267, with the plaintiff on the line, at the time and date of the conference.

> **The Clerk of Court is requested to mail a copy of this order to the _pro se_ Plaintiff.**

> **SO ORDERED.**

DATED:        New York, New York
              September 27, 2021

KATHARINE H. PARKER
United States Magistrate Judge