```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MASON,<br><br>    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>    Defendant. | 19-CV-5450 (VSB) (KHP)<br><br>ORDER |

**THE HONORABLE KATHARINE H. PARKER, United States Magistrate Judge**

  Defendants shall submit a response to Plaintiff's letter filed on January 19, 2022. Defendants shall provide an explanation as to whether Plaintiff has been denied timely treatment by an eye doctor.  Additionally, Defendants are required to resend Plaintiff the medical release form to sign in order to get authentic medical records.  Plaintiff is ordered to sign the medical release and return it to Defendants **by March 4, 2022**, otherwise I will recommend that the case be dismissed for failure to prosecute and comply with Court orders.

SO ORDERED.

Dated: January 20, 2022
    New York, New York

                   *Katharine H Parker*
                   _____
                   KATHARINE H. PARKER
                   United States Magistrate Judge