USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON MASON,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                Defendant. | 19-CV-5450 (VSB) (KHP)<br><br>ORDER |

**THE HONORABLE KATHARINE H. PARKER, United States Magistrate Judge**

      Defendants letter, dated January 25, 2022, suggests that Plaintiff provided four pages of medical records on January 19, 2022. However, not all of these medical records pertain to Plaintiff's eye injury as alleged in this case and one of the pages is missing. For this case to continue, and consistent with my other orders in this case (ECF Nos. 112, 110.), **Plaintiff needs to sign the medical release and return it to Defendants by March 4, 2022.** To avoid any confusion, Defendants are ordered to provide another medical release to the Plaintiff with a self-addressed stamped envelope for Plaintiff to mail it back to Defendants. If Plaintiff's signed medical release is not returned to Defendants by March 4, 2022, I will recommend that the case be dismissed for failure to prosecute and comply with Court orders.

SO ORDERED.

Dated:    January 26, 2022
             New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge