```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MASON,

                    Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                    Defendant.

19-CV-5450 (VSB) (KHP)

ORDER

**THE HONORABLE KATHARINE H. PARKER, United States Magistrate Judge**

      Plaintiff's letter, dated February 28, 2022, requests that this case be set for trial and included 13 pages of medical records. While it appears that Plaintiff failed to provide authorization for his medical records, and some of the most-recent medical records provided do not pertain to Plaintiff's eye injury, the Court will now require Defendants to depose Plaintiff, since Defendants represented their intent to do so in their January 24, 2022 letter to the Court. *See* ECF No. 113. Additionally, the Court orders the Defendants to bring a medical release to the deposition for Plaintiff to sign.

      The Court is aware that both parties want to see this case be set for trial. However, given the current posture of the case, that cannot be done. Accordingly, in an effort to obtain the necessary discovery to move this case forward, the Court orders the Defendants to take Plaintiff's deposition by June 1, 2022 and obtain Plaintiff's signature on the release at the deposition and provide a status letter to the Court once Plaintiff's deposition is complete.

      In the event Plaintiff refuses to sign the medical release and does not participate in the deposition, the Court will recommend that this case be dismissed for failure to prosecute and comply with Court orders.

2

SO ORDERED.

Dated:   March 4, 2022
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge