USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MASON,

                Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

                Defendant.

19-CV-5450 (VSB) (KHP)

ORDER

**THE HONORABLE KATHARINE H. PARKER, United States Magistrate Judge**

        The Court is in receipt of a letter from Plaintiff requesting that this case be set for trial. As provided in my prior order, this case cannot proceed to trial until the Plaintiff signs the medical release. The Defendants are ordered to provide an update on when they have scheduled Plaintiff's deposition.

SO ORDERED.

Dated:   April 5, 2022
            New York, New York

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge