UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
             :
JASON MASON,             :
             :
            Plaintiff,   :
             :       19-cv-5450 (VSB)
      -against-      :
             :       **ORDER**
CITY OF NEW YORK, et al.,   :
             :
            Defendants.  :
             :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On May 31, 2022, after Plaintiff had failed to comply with multiple orders issued by Magistrate Judge Parker, I ordered Plaintiff to file, by June 18, 2022, a letter explaining why there was good cause for his noncompliance and why I should not dismiss this action for failure to prosecute. (Doc. 123.) In particular, because Plaintiff had failed to sign medical releases as Judge Parker had ordered him to do, there was no way for the parties to exchange discovery materials "necessary for the development of the factual records of this case." (*Id.*) I warned Plaintiff that failure to show good cause would result in dismissal under Federal Rules of Civil Procedure 37(b) or 41(b). (*Id.*)

      The deadline set by my May 31, 2022 order has passed, and Plaintiff never filed the required documents. Indeed, Plaintiff never filed anything since I entered the May 31, 2022 order. Accordingly, it is hereby

      ORDERED that this case is DISMISSED pursuant to the Federal Rules of Civil Procedure 41(b). The Clerk is respectfully directed to send a copy of this order to Plaintiff and to close this case.

SO ORDERED.

Dated: July 14, 2022
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge